# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ANTONIO COOK<br><br>*Defendant(s)* | )<br>)<br>)  Case: 1:25-mj-00083<br>)  Assigned To: Judge Harvey, G. Michael<br>)  Assign. Date: 5/13/2025<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12, 2025__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year. |

This criminal complaint is based on these facts:

See Attached Statement of Facts

☐ Continued on the attached sheet.

_____ #3933
*Complainant's signature*

Officer Jalisa Jackson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 13, 2025

_____
*Judge's signature*

City and state: Washington, D.C.         G. Michael Harvey, United States Magistrate Judge
*Printed name and title*