AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID: 9967170

**RECEIVED** By USMS District of Columbia District Court at 2:33 pm, May 13, 2025

United States of America
v.
ANTONIO COOK

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00083
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/13/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANTONIO COOK,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(1) - Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year.

Date: May 13, 2025

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/13/2025, and the person was arrested on *(date)* 5/14/2025
at *(city and state)* Washington, DC

Date: 5/15/2025

*Arresting officer's signature*

CEstrada, DUSM
*Printed name and title*